MASHAK, Appellant, vs. ALBRECHT, Respondent.

For the appellant: *Wm. M. Gleiss* and *Masters & Hansen* all of Sparta.

For the respondent: *O. W. Sprecher* and *Z. S. Rice,* both of Sparta.

*By the Court.*—Judgment affirmed.

ZUPAN (JOHN, JR.), by guardian *ad litem,* Appellant, vs. M. M. SCHRANZ ROOFING & BUILDING SUPPLY COMPANY, Respondent.

For the appellant: *Brennan, Lucas & McDonough* of Milwaukee.

For the respondent: *Wallace Reiss* of Milwaukee.

*By the Court.*—Judgment affirmed.

KENDHAMMER, Respondent, vs. WOLF, Appellant.

For the appellant: *F. E. Withrow* and *Hale & Burke,* all of La Crosse.

For the respondent: *George H. Gordon, Law & Gordon,* all of La Crosse.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 5, 1935.